UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Timothy A. Carter,

        Petitioner,

                                               ORDER ADOPTING THE

vs.                                      REPORT AND RECOMMENDATION

State of Minnesota,

        Respondent.                       Civ. No. 05-1228 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Plaintiff's Complaint, [Docket No. 1] is summarily dismissed pursuant to Title 28 U.S.C. §1915A(b)(1).

    2.    That the Plaintiff's Application to Proceed Without Prepayment of Fees [Docket No. 2], is denied.

    3.    That the Plaintiff is not be required to pay the unpaid balance of the Court filing fee, namely the full $250.00, as would ordinarily be required by Title 28 U.S.C. §1915(b)(2).

    4.    That, for purposes of Title 28 U.S.C. § 1915(g), this action is not to be counted as a strike against the Plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 22, 2005                                               s/Ann D. Montgomery

                                                                  Ann D. Montgomery, Judge
                                                                   United States District Court